**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **WILLIAM WAYNE SZUDERA,** <br><br> Defendant. | CR 16-70-GF-BMM <br><br> **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. Defendant William Wayne Szudera appeared before the Court on December 7, 2016, and entered a plea of guilty to Count I of the Indictment. The parties entered into a stipulation regarding the forfeiture issue in this case, which provides a factual basis and cause to issue this Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

1

THAT Szudera's interest in property listed in Attachment B is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

IT IS FURTHER ORDERED that the United States Marshal Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to release the seven firearms listed in Attachment C to Loren Szudera as provided by law.

DATED this 6th day of March, 2017.

_____
Brian Morris
United States District Court Judge